**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

**APPLICATION GRANTED
SO ORDERED**
VERNON S. BRODERICK
U.S.D.J.  07/06/2023

The status conference scheduled for July 12, 2023 is hereby adjourned to September 15, 2023 at 12:00 p.m. The adjournment is necessary to allow Mr. Williams additional time to meaningfully review his discovery. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between July 12, 2023 and September 15, 2023 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

**BY ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Colin Williams,
        23 Cr. 218 (VSB)**

Dear Judge Broderick:

    I write with the consent of the government to request that the Court adjourn the conference currently scheduled for July 12, 2023, by approximately 60 days. Specifically, if possible, I request that it be rescheduled to the week of September 11–15, when both parties are generally available.

    An adjournment is necessary because Mr. Williams has not yet been able to meaningfully review his discovery due to the prevailing lockdown conditions at MDC Brooklyn.

    If the Court grants the requested adjournment, the government asks that the time until the conference be excluded in the interest of justice pursuant to 18 U.S.C. § 3161(h)(7). The defense consents to the exclusion of time.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8749

CC:   AUSA Justin Horton