UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                   :
UNITED STATES OF AMERICA,         :

                  -v-                           :                  23-cr-218 (VSB)
                                            :                     **ORDER**
COLIN WILLIAMS,                         :

                        Defendant.   :
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       Due to a scheduling conflict, the status conference currently scheduled for September 15, 2023, is hereby adjourned to September 13, 2023, at 11:00 a.m. in courtroom 518 of the Thurgood Marshall Courthouse at 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated:  September 6, 2023
           New York, New York

                                                                    Vernon S. Broderick
                                                                    United States District Judge