UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
:
UNITED STATES OF AMERICA,              :
:
v.                              :
:            23-CR-218 (VSB)
COLIN WILLIAMS,                        :
:                **ORDER**
Defendant.   :
--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

Today I held a status conference in this matter, during which the parties discussed a briefing schedule for the Defense's motion. As stated at the conference, it is hereby:

ORDERED that the Defense shall file its opening brief by September 22, 2023; the Government its opposition by October 6, 2023; and Defense its reply by October 13, 2023; and

IT IS FURTHER ORDERED that the parties appear for a conference on the Defense's motion on Thursday, November 2, 2023 at 11:00 AM in courtroom 518 of the Thurgood Marshall Courthouse at 40 Foley Square, New York, New York 10007. Accordingly,

IT IS FURTHER ORDERED that the time between September 13, 2023 and November 2, 2023 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

SO ORDERED.

Dated:   September 13, 2023
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge