

```
APPLICATION GRANTED
SO ORDERED  [signature]       8/14/2024
VERNON S. BRODERICK
U.S.D.J.
```

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

August 14, 2024

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:   *United States v. Colin Williams*, 23 Cr. 218 (VSB)

Dear Judge Broderick:

    The Government writes respectfully to seek an extension of the filing deadline for its sentencing submission in this case.

    Sentencing was originally scheduled for April 26, 2024. On April 11, 2024, the Court granted the defendant's consent motion to adjourn and sentencing was rescheduled to August 20, 2024. Dkt. 34. The Government's submission was due by August 13, 2024. Yesterday, on that date, the Government requested a one-day extension by email. The defendant did not object so long as the sentencing proceeding was not adjourned. The Court granted the Government's request. In retrospect, the Government's one-day requested extension was insufficient to accomplish the additional work that was necessary to file an appropriate submission. Accordingly, and with regret for the piecemeal nature of this request, the Government respectfully requests that its filing deadline be extended to this Friday, August 16, in advance of the proceeding set for Tuesday, August 20. The defendant takes no position on the Government's request.

    The Government thanks the Court for its consideration.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

by: [signature]
    Justin Horton
    Assistant United States Attorney
    (212) 637-2276

cc:    Clay H. Kaminsky, Esq. (by ECF)